# National Association of Criminal Defense Lawyers



**Norman L. Reimer**
Executive Director

November 3, 2015

Hon. Hugh B. Scott
United States Magistrate Judge
United State Courthouse Western District of New York
2 Niagara Square  Rm. 693
Buffalo, New York 14202

                      Re:  USA v. Georgina Fisher
                             15-CR-19a

Dear Judge Scott,

      I write in my capacity as Executive Director of the National Association of Criminal Defense Lawyers (NACDL) to acknowledge receipt of your decision and order in the above referenced case.  Unfortunately, the documents did not reach my desk until today.  As noted in your opinion, NACDL has a keen interest in the issues raised in the Fisher case.  We do, however, have a required review process that we must complete before determining whether we will submit an amicus brief.   Accordingly, after speaking with your law clerk, I write to respectfully request an extension of time to determine if NACDL will enter a notice of appearance for the purpose of filing an amicus brief for a period of two weeks – until November 17, 2015.  Assuming we intend to file, we will then comply with whatever briefing schedule the Court sets.

      Thank you your prompt consideration of this request.

Very truly yours,

Norman L. Reimer

"Liberty's Last Champion"™

1660 L Street, NW, 12th Floor, Washington, DC 20036  |  Phone 202-465-7623  |  Fax 202-872-8690  |  E-mail nreimer@nacdl.org  |  www.nacdl.org