United States District Court
Western District of New York

---

United States of America,
    *Plaintiff*

  vs

Georgina Fisher,
    *Defendant*

Notice of Appearance of the National Association of Criminal Defense Lawyers as *Amicus Curiae*

Indictment № 15-CR-019-A

---

  **PLEASE TAKE NOTICE** that the National Association of Criminal Defense Lawyers ("NACDL") enters its appearance as *amicus curiae* in the above-captioned matter.

Date: November 12, 2015

            Respectfully submitted,

            /s/ Mark J. Mahoney

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS<br>1660 L St. NW • 12th Floor<br>Washington, DC 20036<br>Tel: 202-872-8600 | Mark J. Mahoney<br>HARRINGTON & MAHONEY<br>70 Niagara Street, 3rd Floor<br>Buffalo, New York 14202-3407<br>Tel.: 716-853-3700<br>Facs.: 716-853-3710<br>mjm@harringtonmahoney.com<br>(*Counsel of Record*) |

Richard Willstatter
GREEN & WILLSTATTER
200 Mamaroneck Avenue, Suite 605
White Plains, NY 10601
Tel: 914-948-5656
willstatter@msn.com
*NACDL Amicus Committee, Second Circuit Vice-Chair*